# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

NOBEL JOHN WILLIAMS

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: DNCW310CR000030-001
USM Number:

Andy Culler
Defendant's Attorney

**THE DEFENDANT:**

X     admitted guilt to violation of condition(s) 1-6 of the term of supervision.

___     Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug/alcohol use | 2/3/10 |
| 2 | Failure to submit monthly supervision reports | 2/5/10 |
| 3 | Failure to report change in residence | 6/26/09 |
| 4 | Failure to comply with drug testing/treatment requirements | 1/29/10 |
| 5 & 6 | New law violation | 1/24/10 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___     The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 7/1/10

Robert J. Conrad, Jr.
Chief United States District Judge

Signed: August 20, 2010

Defendant: NOBEL JOHN WILLIAMS                                    Judgment-Page <u>2</u> of <u>2</u>
Case Number: DNCW310CR000030-001

## IMPRISONMENT

        The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>ONE (1) YEAR AND ONE (1) DAY</u>.

<u> X </u>        The Court makes the following recommendations to the Bureau of Prisons:

           Participation in any available drug treatment program.
           Participation in any available vocational training.

<u> X </u>        The Defendant is remanded to the custody of the United States Marshal.

<u>   </u>        The Defendant shall surrender to the United States Marshal for this District:

           <u>  </u>     As notified by the United States Marshal.

           <u>  </u>     At___a.m. / p.m. on ___.

<u>   </u>        The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

           <u>  </u>     As notified by the United States Marshal.

           <u>  </u>     Before 2 p.m. on ___.

           <u>  </u>     As notified by the Probation Office.

## RETURN

        I have executed this Judgment as follows:

_____

_____

_____

_____

        Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

                        _____
                        United States Marshal

                 By:      _____
                        Deputy Marshal